**Omar Enrique ERAZO-MARTINEZ Petitioner**

v.

**Jefferson B. SESSIONS, III,[1] Attorney General of the United States Respondent**

**No. 16-2487**

United States Court of Appeals, Eighth Circuit.

Submitted: May 5, 2017

Filed: May 9, 2017

---

1. Jefferson B. Sessions, III has been appointed to serve as Attorney General of the United States and automatically is substituted as respondent pursuant to Federal Rule of Appellate Procedure 43(c)(2).

Omar Enrique Erazo-Martinez, Pro Se

Jaime Jasso, Law Offices of Jaime Jasso, Immigration-Appealworks, Westlake Village, CA, for Petitioner

Karen Yolanda Drummond, Jenny Lee, Carl H. McIntyre, Erik R. Quick, Trial Attorney, Civil Division, Office of Immigration Litigation, Ben Franklin Station, Washington, DC, OIL, U.S. Department of Justice, Washington, DC, for Respondent

Before RILEY, MURPHY, and SHEPHERD, Circuit Judges.

PER CURIAM.

Honduran citizen Omar Enrique Erazo-Martinez petitions for review of an order of the Board of Immigration Appeals dismissing his appeal from a decision of an immigration judge denying his application for cancellation of removal under 8 U.S.C. § 1229b(b)(1). We conclude the arguments he presents to this court are unavailing, and thus we deny the petition. See 8th Cir. R. 47B.